IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STERLING CHAVIS aka | : | CIVIL ACTION |
| LEROY WIGGINS | : | |
| v. | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE | : | NO. 02-4694 |

### ORDER

      AND NOW, this          day of          2002, it appearing that petitioner has filed a petition in this court for Habeas Corpus relief under 28 U.S.C. §2254, and

      it further appearing that this petition was not filed with the current standard 28 U.S.C. §2254 form, effective August 1, 2001, as required by Local Civil Rule 9.3, and

      it further appearing that petitioner has requested leave to proceed in forma pauperis, but has not furnished the requisite certification of prison assets *signed by a prison official*, it is hereby

      ORDERED that the Clerk of Court furnish petitioner with the current forms for filing a petition pursuant to 28 U.S.C. §2254 and bearing the above-captioned civil action number, and, it is further

      ORDERED that petitioner shall complete these forms as directed by Local Civil Rule 9.3 (that is, by setting forth his entire argument on the forms, without recourse to any attachments) and return them to the Clerk of Court within thirty (30) days, together with either a correctly completed in forma pauperis application or a check for five dollars, or else this civil action will be dismissed.

 

_____
JOHN P. FULLAM, J.