IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STERLING CHAVIS aka | : | CIVIL ACTION |
| LEROY WIGGINS | : | |
| v. | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE | : | NO. 02-4694 |

ORDER

AND NOW, this          day of September, 2002, it appearing that on July 15, 2002, petitioner filed a petition in this court for Habeas Corpus relief under 28 U.S.C. §2254, and

it further appearing that this petition was not filed with the <u>current</u> standard 28 U.S.C. §2254 form, effective August 1, 2001, as required by Local Civil Rule 9.3, and

it further appearing that petitioner requested leave to proceed in forma pauperis, but did not furnish the requisite certification of prison assets ***signed by a prison official***, and

it further appearing that on July 30, 2002, this court Ordered petitioner to correct these defects within thirty days, or else this petition would be dismissed, and

it further appearing that petitioner has not responded to the court's Order of July 30, 2002, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

_____
JOHN P. FULLAM, J.